**98–2482. AT & T Wireless PCS, Inc. v. Beavercreek Twp. Zoning Appeals.**
Greene App. No. 98CA18. Discretionary appeal allowed; *sua sponte,* this cause shall be argued on the same date as 98–2479, *Symmes Twp. Bd. of Zoning Appeals v. Smyth,* Hamilton App. No. C–971028.

F.E. SWEENEY and PFEIFER, JJ., dissent.

RESNICK, J., not participating.